UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:
Jorge A. Burgos Hernández
Debtor

CASE No. 10-02684-BKT

CHAPTER 13

MOTION

TO THE HONORABLE COURT:

NOW APPEARS Mary Angeli Collazo Aponte of Urb. Islazul Calle Murano #3246 Isabela P.R. 00662 and respectfully alleges and informs:

1. The Debtor is not in compliance with the chapter 13 Payment Plan.
2. The chapter 13 payment plan established that the debtor will pay a total of $350.00 during 60 months.
3. The chapter 13 payment plan established that the debtor should be making monthly payments to ASUME of $695.00 plus the quantity established in the plan and there is no evidence that the payments were made.
4. For the reasons herein stated, I want to respectfully request dismissing the case. Attached is am ASUME certification.

A copy of this MOTION has been served by regular US Mail on this same date to: the debtor, Noemi Landrau Rivera and José Ramon Carrión Morales.

IN San Juan P.R. February 7, 2011.

Mary Angeli Collazo Aponte
Urb. Islazul Calle Murano #3246
Isabela PR 00662
787-316-3578



Gobierno de Puerto Rico - Departamento de la Familia
Administración para el Sustento de Menores

Fecha de Emisión: 2/4/2011

## CERTIFICACION

Nuestro sistema mecanizado contiene la siguiente información:

MARY A COLLAZO APONTE no tiene la obligación de pagar pensión alimentaria a través de ASUME.

| Caso | Pensión Fijada | Frequencia de Pago | Fecha Ultimo Pago | Balance adeudado | Plan de Pagos | Frecuencia Plan de Pagos | Fecha en que se estableció Plan de Pagos | Fecha último pago registrado del Plan de Pagos |
|------|----------------|--------------------|--------------------|------------------|---------------|--------------------------|------------------------------------------|------------------------------------------------|
| 0388316 | $695.00 | MENSUAL | 12/20/2010 | $18,089.76 | | | | 11/18/2010 |

En este caso los alimentistas recibieron asistencia económica del Programa Ayuda Temporal a Familias Necesitadas 'TANF'.

MARY A COLLAZO APONTE NO se encuentra acogido/a a la Ley de Quiebras.

Tiene **0** obligación(es) de pagos de pensiones alimentarias a través de ASUME.

Recibe pensión alimentaria a través de ASUME en **1** caso(s).

Certifico que este documento resume la información contenida en el sistema mecanizado (PRACSES) de la Administración para el Sustento de Menores. Los pagos realizados directamente a la Persona Custodia no se registran como pagos de pensión alimentaria ni plan de pago. Deberá acudir a la oficina de ASUME donde está asignado su caso para solicitar la acreditación de pagos efectuados fuera de ASUME. El balance de esta Certificación no incluye el mes en que fue expedida. La información de este documento es válida por treinta (30) días, contados a partir de la fecha de su emisión.

**201102042011030684 1455**

NOTA DE CONFIDENCIALIDAD: La información contenida en este documento y cualquier anejo del mismo es confidencial y privilegiada y tiene el propósito de que sólo sea utilizado por la persona identificada en el mismo. Por tratarse de información confidencial y sensitiva, no podrá ser divulgada a terceros en ningún momento.

Para validar la información contenida en este certificado, favor acceder a http://www.pr.gov/validacionelectronica/.



ASM-526
REV 07/09