IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

JORGE A BURGOS HERNANDEZ

XXX-XX-7412

Debtor(s)

CASE NO. 10-02684 BKT

Chapter 13

FILED & ENTERED ON 02/22/2011

**ORDER**

The motion to dismiss filed by Mary Angeli Collazo (docket #18) is hereby denied for failure to comply with General Order 04-01 and PR LBR 9013-1(h).

IT IS SO ORDERED.

San Juan, Puerto Rico, this 22 day of February, 2011.

Brian K. Tester
U.S. Bankruptcy Judge

CC: DEBTOR(S)
    NOEMI LANDRAU RIVERA
    JOSE RAMON CARRION MORALES